# MEMORANDUM DECISIONS

**1**

**Frank K. BOWERS, Collector of Internal Revenue for the Second District of New York, Plaintiff in Error, v. Munson G. Shaw, Lawrence Daly, and Arthur E. Howell, Copartners Doing Business under the Firm Name of Alex D. Shaw & Co., Defendants in Error.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 282.

In Error to the District Court of the United States for the Southern District of New York.

Writ of error to the District Court for the Southern District of New York. Plaintiffs sued to recover taxes paid under the provisions of section 304 of the Revenue Act of 1917 (Comp. St. § 5986c). Judgment for plaintiffs. Defendant appeals. Affirmed.

Charles H. Tuttle, U. S. Atty., of New York City (Charles Lincoln Sylvester, Asst. U. S. Atty., of New York City, of counsel), for plaintiff in error.

Barnes, McKenna & Halstead, of New York City (Bernard C. McKenna and James M. Snee, both of New York City, of counsel), for defendants in error.

Before MANTON and L. HAND, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. The judgment below is affirmed on the authority of Fleischmann Mfg. Co. v. Irwin, etc. (C. C. A.) 5 F.(2d) 167, and Mayes v. Paul Jones & Co. (C. C. A.) 270 F. 121.

Judgment affirmed.

⸻

**2**

**Hyman BRODY, Defendant Appellant, v. UNITED STATES, Complainant Appellee.**

Circuit Court of Appeals, Second Circuit.
June 6, 1927.

No. 336.

In Error to the District Court of the United States for the Southern District of New York.

Wahle, Gilbert & Black, of New York City (Charles G. F. Wahle, of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Thomas T. Cooke, of New York City, of counsel), for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Judgment affirmed.

⸻

**3**

**James K. COCHRAN and Harris Kobey, Assignee, Plaintiffs in Error, v. Coulton M. BECKER, Defendant in Error.**

Circuit Court of Appeals, Eighth Circuit.
June 13, 1927.

No. 5231.

In Error to the District Court of the United States for the Eastern District of Missouri.

Before STONE and LEWIS, Circuit Judges, and SYMES, District Judge.

PER CURIAM. This is a petition by one of the plaintiffs in error "to vacate and file mandate to review, or certify," etc.

This litigation has had a long course in this court, beginning in 1918, and various orders have been made therein. A partial outline is revealed in Cochran v. Becker (C. C. A.) 276 F. 280. The matter finally went, by writ of error to this court, to the Supreme Court which dismissed such writ for want of jurisdiction. 261 U. S. 607, 43 S. Ct. 363, 67 L. Ed. 824. Thereafter mandate from the Supreme Court issued to this court, being received by the clerk of this court on July 11, 1923. July 27, 1925, plaintiffs in error filed a motion to file that mandate. September 23, 1925, that motion was denied. December 3, 1925, the above petition was filed to vacate the last above order and to file the mandate. Some months later this motion was submitted. No change in situation is shown, nor any satisfactory reasons shown to us why the action of the court in denying the above motion should be set aside.

The "petition" should be and is denied.